RUDOLPH G. SALOMON, Respondent, *v.* ADOLPH STERNFIELD et al., Appellants.

(Argued March 10, 1886; decided April 13, 1886.)

DECIDED on the facts.

*M. L. Townsend* for appellant.

*A. R. Dyett* for respondent.

FINCH, J., reads for affirmance.
All concur.
Appeal dismissed.